EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                          | 2013 TSPR 133   |
|---------------------------------------------------------------------------------|-----------------|
| Extensión de términos por motivo de concesión del viernes 29 de noviembre de 2013 | 189 DPR ____    |

Número del Caso: EM-2013-13

Fecha: 21 de noviembre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión del
viernes 29 de noviembre
de 2013

RESOLUCION

San Juan, Puerto Rico a 21 de noviembre de 2013.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el viernes 29 de noviembre de 2013, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes 29 de noviembre de 2013 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 2 de diciembre de 2013, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Camelia Montilla Alvarado
Secretaria del Tribunal Supremo Interina